1 **CAREY D. GORDEN**
California State Bar No. 236251
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: carey_gorden@fd.org

5 Attorneys for Asotour Housap Nagapetian

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE LEO S. PAPAS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07MJ2979 |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| ASOTOUR HOUSAP NAGAPETIAN, | |
| Defendant. | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:     December 28, 2007      /s/ Carey D. Gorden
                                  **CAREY D. GORDEN**
                                  Federal Defenders of San Diego, Inc.
                                  Attorneys for Asotour Housap Nagapetian