## Minutes of the United States District Court
### Southern District of California
### December 27, 2007

**HON. LEO S. PAPAS**  **DEPUTY CLERK: J. JARABEK**

TAPE NO. LSP07-1; 15:31-15:35

| 07MJ2979-LSP | USA | vs. | ASOTOUR HOUSAP NAGAPETIAN 76335012 - (C) |
|---|---|---|---|
| INITIAL APPEARANCE | | | CAREY GORDEN, FEDERAL DEFENDERS |
| | | | AUSA: CALEB MASON |

DOA: 12/24/07

DFT'S FIRST APPEARANCE; DFT INFORMED OF CHARGES

DFT ADMITS IDENTITY

DFT ORALLY WAIVES REMOVAL/ID HRG ON RECORD

WARRANT OF REMOVAL FILED

DFT IS ORDERED REMOVED TO EASTERN DISTRICT OF CALIFORNIA

4 MINUTES