## UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900



W. Samuel Hamrick, Jr.
Clerk of Court

January 3, 2008

Clerk, U.S. District Court
District of California Eastern
501 I Street
Sacramento, CA 95814-7300

Re:   07mj2979 LSP, USA v. Nagapetian

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| X | Complaint | | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other | Appearance, Minutes dated 12/27/2007 | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: **P. DELA CRUZ**
P. Dela Cruz, Deputy Clerk